NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7157

WAYNE C. JEFFERSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Veterans Claims in 06-0268, Judge Alan G. Lance, Sr.

ON MOTION

Before LOURIE, DYK, and MOORE, Circuit Judges.

PER CURIAM.

ORDER

Wayne C. Jefferson moves for reconsideration of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

MAY - 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Wayne C. Jefferson
    Christopher a. Bowen, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK